# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OHIO
# WESTERN DIVISION (at Cincinnati)

| | |
|---|---|
| **CHARLES M. DOLGAS, *ET AL.*** ) | |
| ) | Civil Action No. 1:10CV025 |
| ) | |
| ) | (Judge Timothy S. Black) |
| **Plaintiffs** ) | |
| ) | |
| v. ) | |
| ) | **ORDER OF DISMISSAL WITH** |
| **TRANSPORTATION NETWORK** ) | **PREJUDICE AS SETTLED** |
| **CARRIERS, L.L.C., *ET AL.*** ) | |
| ) | |
| **Defendants** ) | |

This matter is before the Court on the joint stipulation of plaintiffs Charles M. Dolgas and Karen Abell, and defendants Transportation Network Carriers, L.L.C. and Jerry W. Shedd, that this action should be dismissed with prejudice as settled. The Court being sufficiently advised,

**IT IS ORDERED** that this action be, and it is, dismissed with prejudice as settled.

This 19TH of April 2011.

Timothy S. Black
United States District Court

TENDERED BY:

/s/ Robert A. Winter, Jr.
Robert A. Winter, Jr. (#0038673)
1005 Madison Avenue
Covington, KY 41011-3113
(859) 291-9900
(859) 291-3014 (fax)
robertawinterjr@gmail.com

Trial attorney for plaintiffs Charles M.
Dolgas and Karen Abell

OF COUNSEL:

Philip Taliaferro III (#0050981)
Taliaferro, Carran & Keys, PLLC
1005 Madison Avenue
Covington, KY 41011-3113
(859) 291-9900
(859) 291-3014 (fax)
ptaliaferro@tmsck.com

and

/s/ Kenneth P. Abbarno (w/permission)   /s/Danny Merril Newman, Jr. (w/ permission)
Kenneth P. Abbarno (#0059791)            Danny Merril Newman, Jr. (#0074740)
Reminger Co., L.P.A.                     Reminger Co., L.P.A.
1400 Midland Building                    525 Vine Street, Suite 1700
101 Prospect Avenue, West                Cincinnati, OH 45202
Cleveland, OH 44115-1093                 (513) 721-1311
(216) 687-1311                           (513) 721-2553
(216) 687-1841 (fax)                     dnewman@reminger.com
kabbarno@reminger.com

Counsel for defendants
Transportation Network Carriers, L.L.C.
and Jerry W. Shedd

p:\dolgas mark\pleadings\order dismissal.doc

- 2 -